IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KELLY PERNO,                      )
                                  ) Civil Action
            Plaintiff             ) No. 12-cv-02771
                                  )
      vs.                         )
                                  )
LEHIGH VALLEY MALL;               )
KRAVCO, INC.;                     )
KRAVCO SIMON COMPANY;             )
KRAVCO SIMON;                     )
KRAVCO ENTERPRISES, LP;           )
KRAVCO ENTERPRISES LLC;           )
SIMON PROPERTY GROUP, INC.; and   )
M.A. KRAVITZ COMPANY, INC.,       )
                                  )
            Defendants            )

## O R D E R

NOW, this 20th day of June, 2012, upon consideration of the attached Stipulation of counsel for the parties presented May 30, 2012,

IT IS ORDERED that the Stipulation is approved.

IT IS FURTHER ORDERED that this matter is remanded to the Court of Common Pleas of Philadelphia County, Pennsylvania under docket March Term, 2012 No. 1135.

IT IS FURTHER ORDERED that the Clerk of Court shall close this matter for statistical purposes.

BY THE COURT:


/s/ JAMES KNOLL GARDNER
James Knoll Gardner
United States District Judge